**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | CASE NO. 04-45814 (JWV) |
| INTERSTATE BAKERIES | § | Jointly Administered |
| CORPORATION, *et al.,* | § | |
| | § | |
| | § | **Hearing Date**: **July 27, 2005 at 1:30 p.m.** |
| Debtors. | | |

**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF INTERSTATE BAKERIES CORPORATION, ET AL, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH APRIL 30, 2005**

This matter having been before the court on the Application (the "Application") of FTI Consulting, Inc. ("FTI"), financial advisor to the Official Committee of Unsecured Creditors of Interstate Bakeries Corporation ("Interstate Bakeries" or the "Company") and seven of its subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), for an Order Approving the Second Interim Fee Application of FTI for the Period January 1, 2005 through April 30, 2005 (the "Application Period"), and the Court, having determined that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application is authorized pursuant to § 331 of the Bankruptcy Code; (iv) proper and adequate notice of the Application and the hearing thereon has been given and that no other notice is necessary; and (v) upon the record and after due deliberation thereon, good cause having been shown that the Court should grant relief as set forth herein.

- 1 -

- 2 -

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is GRANTED.

2.      FTI is allowed interim compensation of $600,000 for professional services rendered as financial advisors for the Official Committee of Unsecured Creditors during the Application Period and reimbursement of actual and necessary charges and disbursement incurred in the sum of $4,128.

3.      The Debtors are authorized and directed to pay FTI the sum of $120,000 in fees, reflecting the 20% professional fee holdback accrued through April 30, 2005.

Dated:  August 2, 2005
        Kansas City, Missouri

                                     /s/ Jerry W. Venters
                                    Jerry W. Venters
                                    UNITED STATES BANKRUPTCY JUDGE

Attorney for Debtor to Serve