UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

In re:

INTERSTATE BAKERIES
CORPORATION, *et al.*,

Debtors.

Chapter 11
Case No. 04-45814 (JWV)

Jointly Administered

**NOTICE OF HEARING AND NOTICE OF FILING OF THE SEVENTH INTERIM
APPLICATION OF FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR INTERSTATE BAKERIES CORPORATION
SEEKING COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF FTI CONSULTING, INC.**

1.      On February 16, 2007, FTI Consulting, Inc. ("FTI"), Financial Advisors for The Official Committee of Unsecured Creditors of Interstate Bakeries Corporation filed its Seventh Interim Application Seeking Compensation and Reimbursement of Expenses for the Period September 1, 2006 through December 31, 2006 and states as follows:

A.      Previous Interim Applications:   __6__  (number)
Total amounts previously sought:
$3,358,065.00 in fees, and $39,173.16 in expenses;

B.      Sixth Interim Application compensation sought:
**$600,000.00 in fees, and $10,240.33 in expenses.**

C.      Fees paid to date:  $3,886,987.86. Expenses paid to date:  $49,829.72

D.      Total outstanding fees representing the 20% holdback of professional services: **$120,000.00.**

2.      PLEASE TAKE NOTICE THAT on **March 14, 2007** at 1:30 p.m. we shall appear before Honorable Jerry W. Venters, United States Bankruptcy Judge, 400 East 9th Street, Kansas City, Missouri 64106, Courtroom 6A, and then and there present, the Seventh Interim Application of FTI Consulting Inc., Financial Advisors for the Official Committee of Unsecured Creditors (the "Application"). *(**Docket No. 8602**)* The deadline for filing an objection is **March 8, 2007 (one week prior to the Court hearing)** pursuant to that Certain Case Management Order under 11 U.S.C. § 105 Establishing Monthly Omnibus Hearing and Certain Notice, Case Management and Administrative Procedures, entered on September 24, 2004. *(Docket No. 80)*

11-67160.2
2025188.1

3. The Application and accompanying time sheets are on file and available for inspection in the offices of FTI Consulting, Inc. during regular business hours. The Application can be accessed by PACER subscribers who can review the electronic case filed at http://ecf.mowb.uscourts.gov. If objections are timely filed, the Court may rule on the matter from the pleadings or set the objections for a hearing, if appropriate. If no objections are filed, the Court may enter its order without further notice.

Dated: February 16, 2007

FTI Consulting, Inc.
Financial Advisors for
The Official Creditors Committee
3 Times Square, 11th Floor
New York, New York 10036

By: /s/ Steven D. Simms
Steven D. Simms
Senior Managing Director
Creditor Rights Practice
(212) 841-9369

FINANCIAL ADVISORS FOR THE
OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

11-67160.2
2025188.1