**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **INTERSTATE BAKERIES** | ) | |
| **CORPORATION, et al**[1] | ) | |
| | ) | **Case No. 04-45814 (JWV)** |
| **Debtors.** | ) | |
| | ) | |
| | ) | **(Jointly Administered)** |

**CERTIFICATION OF KAREN M. WAGNER REGARDING VOTES ACCEPTING OR
REJECTING THE AMENDED JOINT PLAN OF REORGANIZATION OF
INTERSTATE BAKERIES CORPORATION AND ITS AFFILIATED DEBTORS AND
DEBTORS-IN-POSSESSION DATED OCTOBER 31, 2008**

I, Karen M. Wagner being duly sworn according to law, depose and say under

penalty of perjury:

1.      I am over the age of eighteen years and I am not individually a party to these

proceedings.

2.      I am a Consultant employed by Kurtzman Carson Consultants LLC ("KCC"), the

Court-approved claims, noticing and balloting agent for Interstate Bakeries Corporation and its

affiliated Debtors and Debtors-in-Possession.  My business address is 2335 Alaska Ave, El

Segundo, CA 90245.  Except as otherwise noted, I could and would testify to the following based

upon my personal knowledge.

3.      On October 25, 2004, the Court signed and entered its Order Under 28 U.S.C.

§156(c) Approving Agreement with Kurtzman Carson Consultants LLC and Appointing

---

[1]     The following subsidiaries' and affiliates' chapter 11 cases are jointly administered with IBC's chapter
11 case: Armour and Main Redevelopment Corporation ("Armour & Main"); Baker's Inn Quality
Baked Goods, LLC; IBC Sales Corporation ("IBC Sales"); IBC Services, LLC; IBC Trucking, LLC;
Interstate Brands Corporation; New England Bakery Distributors, L.L.C. ("New England Bakery");
and Mrs. Cubbison's Foods, Inc. ("Mrs. Cubbison's").

Kurtzman Carson Consultants as Claims, Noticing and Balloting Agent ("KCC") [Docket No.

405]

4.      KCC has considerable experience in soliciting and tabulating votes to accept or

reject proposed plans of reorganization.  KCC worked with counsel to the Debtors to solicit votes

to accept or reject the Debtors' Amended Joint Plan of Reorganization of Interstate Bakeries

Corporation and its Affiliated Debtors and Debtors-in-Possession Dated October 31, 2008

[Docket No. 11488] (the "Plan").

5.      Under my supervision, KCC generated and distributed documents (the

"Solicitation Packages") relating to the Plan in accordance with the solicitation and tabulation

rules outlined in the "Order Approving (I) the Form and Manner of Notice of the Disclosure

Statement Hearing, (II) the Disclosure Statement, (III) Cure Procedures for Executory Contracts

or Unexpired Leases to be Assumed Pursuant to the Plan, (IV) the Record Date, Voting Deadline

and Certain Other Procedures, (V) the Form and Manner of Notice of the Confirmation Hearing

and Procedures for Filing Objections to the Plan, and (VI) Solicitation Procedures for

Confirmation " (the "Solicitation Procedures Order") as entered by the Court on October 30, 2008

[Docket No. 11483].

## SERVICE AND TRANSMITTAL OF SOLICITATION PACKAGES AND RELATED INFORMATION

6.      Under my supervision, KCC caused Solicitation Packages and ballots to be sent

to creditors entitled to vote on the Plan in accordance with the Solicitation Procedures Order on or

before November 6, 2008.  Declarations evidencing the service of the foregoing were filed with

the Bankruptcy Court on November 15, 2008 [Docket Nos. 11550, 11551 and 11556] and

November 30, 2008 [Docket No. 11614].

## THE TABULATION PROCESS

7.      The Solicitation Procedures Order established October 20, 2008, as the record

date for determining which creditors and holders of interests were entitled to receive Solicitation

Packages and, where applicable, vote on the Plan.  Pursuant to the Solicitation Procedures Order,

holders of claims in Class 4 (Trade Claims) and Class 5 (General Unsecured Claims) under the

Plans of Mrs. Cubbison's, Armour & Main and New England Bakery, and holders of claims in

Class 7 (Capital Lease Claims) and Class 8 (Prepetition Lender Claims) under the Main Debtors'

Plan (collectively, the "Voting Classes"), were entitled to vote to accept or reject the Plan.  No

other classes were entitled to vote on the Plan.

8.      In order to identify the holders of Claims entitled to vote to accept or reject the

Plan, the Debtors used the claims information pertaining to the Debtors' Chapter 11 cases

contained in KCC's CaseView system ("CaseView").  CaseView is a computer database system

that contains the data from the Debtors' schedules, integrates the data contained on filed proofs of

claim and tracks any alterations to claims, e.g., Notices of Transfer, objections to claims,

withdrawals of claims.  Using the information outlined above, and with specific guidance and

direction from counsel for the Debtors, KCC created a voting amount spreadsheet reflecting the

names, addresses and classification of Claims in the Voting Classes.

9.      Using its CaseView voting database, KCC generated ballots (the "Ballots") for

holders of Claims entitled to vote to accept or reject the Plan.  The Solicitation Procedures Order

established December 1, 2008 at 4:00 p.m. prevailing Pacific Time as the deadline for receiving

Ballots to accept or reject the Plan (the "Voting Deadline").

10.      KCC received and tabulated the Ballots as follows: (a) each returned Ballot was

opened and/or inspected at KCC's office; (b) Ballots were date-stamped, sorted according to Plan

Class, and scanned into CaseView; and (c) all Ballots received were then entered into CaseView

and tabulated in accordance with the tabulation rules outlined in the Solicitation Procedures

Order.

11.      In addition to the foregoing, at the December 1, 2008 hearing to consider

approval of the settlement agreement between the Debtors and the American Bakers Association

Retirement Plan and Trust (the "ABA Plan"), the Court authorized Debtors' counsel to receive

the Class 5 Ballot of the ABA Plan (the "ABA Ballot") for confirmation purposes.  Debtors'

counsel received the ABA Ballot pursuant to the Court's authority and directed KCC to enter the

ABA Ballot into CaseView and include the vote in its tabulation results.

12.     With the exception of the Class 5 ABA Ballot and except as provided in the following paragraph, in order for a Ballot to be counted as valid, the Ballot must have been properly completed and executed by the holder of a Claim, or such holder's authorized representative, and must have been received on or before the Voting Deadline

13.     KCC received three additional Ballots accepting the Plan one day after the Voting Deadline, including Ballots from (i) Bank of Nova Scotia, in the amount of $9,482,573.35, in Class 8 under the Main Debtors' Plan; (ii) JPMorgan Chase Bank NA, in the amount of $4,578,386.07, in Class 8 under the Main Debtors' Plan; and (iii) Del Mar Master Fund Limited, in the amount of $11,632.52, in Class 4 under Mrs. Cubbison's Plan (collectively, the "Late-Filed Ballots").  Pursuant to the Solicitation Procedures Order (and due in part to the fact that Ballots were due the day after a major holiday), the Debtors have determined to count these Late-Filed Ballots subject to subsequent approval by the Bankruptcy Court at the hearing on confirmation of the Plan.  Thus, KCC has included such votes in the summary of voting results set forth below; however, all voting classes of claims in which the Late-Filed Claims were included would have voted to "accept" the Plan even had the Late-Filed Claims not been included.

14.     Set forth below is a summary of the voting results with respect to the voting classes:

| Voting Class Results | |
| --- | --- |
| **Class** | **Result** |
| Class 4 – Trade Claims | Accept |
| Class 5 – General Unsecured Claims | Accept |
| Class 7 – Capital Lease Claims | Accept |
| Class 8 – Pre-Petition Lender Claims | Accept |

| All Voting Classes | Amount | | | Number | | |
|---|---|---|---|---|---|---|
| | Accept | Reject | Percent Accepting | Accept | Reject | Percent Accepting |
| **IBC Sales** | | | | | | |
| Class 7 | $456,128.52 | $0 | 100% | 3 | 0 | 100% |
| Class 8 | $451,412,030.13 | $0 | 100% | 29 | 0 | 100% |
| **Main Debtors (other than IBC Sales)** | | | | | | |
| Class 8 | $451,412,030.13 | $0 | 100% | 29 | 0 | 100% |
| **Mrs. Cubbison's** | | | | | | |
| Class 4 | $13,675.27 | $0 | 100% | 3 | 0 | 100% |
| Class 5 | $7,218,726.74 | $0 | 100% | 3 | 0 | 100% |
| **New England Bakery** | | | | | | |
| Class 4 | $3,637.91 | $0 | 100% | 5 | 0 | 100% |
| Class 5 | $7,218,726.74 | $0 | 100% | 3 | 0 | 100% |
| **Armour & Main** | | | | | | |
| Class 5 | $7,218,726.74 | $0 | 100% | 3 | 0 | 100% |

15.     The final Ballot Report containing (a) Summary Ballot Report by Voting Class;

and (b) a detailed Ballot Report for the Voting Classes is attached to this Declaration as **Exhibit**

**A**.

16.     The Ballots received by KCC are stored at KCC's office and are available for

inspection by or submission to the Court.

17.     To the best of my knowledge, information and belief, the foregoing information

concerning the distribution, submission and tabulation of Ballots in connection with the Plan is

true and correct.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.

Dated: December 3, 2008

<div style="margin-left:40%">

Respectfully submitted,

    /s/  Karen M. Wagner
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245
(310) 823-9000

</div>

# Exhibit A

Ballot Summary by Voting Class

| Class Name | Class Description | Total Members | Unacceptable Votes | Members Voted | Members Accepted | Members Rejected | Members Abstained | Percentage Members Accepted | Percentage Members Rejected | Total Amount in Class | Total Amount Voted | Amount Accepted | Amount Rejected | Amount Abstained | Percentage of Amount Accepted | Percentage of Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amended Joint Plan of Reorganization of Interstate Bakeries Corporation and its Affiliated Debtors and Debtors-in-Possession Dated October 31, 2008 | | | | | | | | | | | | | | | | |
| 4 | Trade Claims | 8 | 0 | 8 | 8 | 0 | 0 | 100.00 | 0.00 | $17,313.18 | $17,313.18 | $17,313.18 | $0.00 | $0.00 | 100.00 | 0.00 |
| 5 | General Unsecured Claims | 4 | 0 | 3 | 3 | 0 | 0 | 100.00 | 0.00 | $7,218,727.74 | $7,218,726.74 | $7,218,726.74 | $0.00 | $0.00 | 100.00 | 0.00 |
| 7 | Capital Lease Claims | 16 | 0 | 3 | 3 | 0 | 0 | 100.00 | 0.00 | $2,575,478.22 | $456,128.52 | $456,128.52 | $0.00 | $0.00 | 100.00 | 0.00 |
| 8 | Prepetition Lender Claims | 29 | 0 | 29 | 29 | 0 | 0 | 100.00 | 0.00 | $451,412,030.13 | $451,412,030.13 | $451,412,030.13 | $0.00 | $0.00 | 100.00 | 0.00 |

Class 4

| Ballot Number | Creditor Name | Date Received | Date Signed | Voting Amount | Total Votes | Votes Accept | Votes Reject | Votes Abstain | Total Dollars | Dollars Accept | Dollars Reject | Dollars Abstain | Accept/Reject? | Voting Amount? (Only fill in if creditor indicates a change) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5017 | Acosta Sales and Marketing | 11/25/08 | 11/20/08 | $710.84 | 1 | 1 | 0 | 0 | $710.84 | $710.84 | $0.00 | $0.00 | Accept | |
| 5004 | Avaya Inc | 11/19/08 | 11/12/08 | $169.56 | 1 | 1 | 0 | 0 | $169.56 | $169.56 | $0.00 | $0.00 | Accept | |
| 5005 | Avaya Inc fka Expanets | 11/19/08 | 11/12/08 | $1,097.70 | 1 | 1 | 0 | 0 | $1,097.70 | $1,097.70 | $0.00 | $0.00 | Accept | |
| 5001 | Butler Area Sewer Auth | 11/17/08 | 11/11/08 | $62.32 | 1 | 1 | 0 | 0 | $62.32 | $62.32 | $0.00 | $0.00 | Accept | |
| 5011 | Central Maine Newspapers | 11/17/08 | 11/12/08 | $2,201.41 | 1 | 1 | 0 | 0 | $2,201.41 | $2,201.41 | $0.00 | $0.00 | Accept | |
| 5002 | Corp Brothers Inc | 11/17/08 | 11/12/08 | $106.92 | 1 | 1 | 0 | 0 | $106.92 | $106.92 | $0.00 | $0.00 | Accept | |
| 5043 | Del Mar Master Fund Limited | 12/2/08 | 12/1/08 | $11,632.52 | 1 | 1 | 0 | 0 | $11,632.52 | $11,632.52 | $0.00 | $0.00 | Accept | |
| 5039 | Telepacific Communications | 12/1/08 | 11/19/08 | $1,331.91 | 1 | 1 | 0 | 0 | $1,331.91 | $1,331.91 | $0.00 | $0.00 | Accept | |

| Ballot Number | Creditor Name | Date Received | Date Signed | Voting Amount | Total Votes | Votes Accept | Votes Reject | Votes Abstain | Total Dollars | Dollars Accept | Dollars Reject | Dollars Abstain | Accept/Reject? | Debtor? (Fill in names of Debtor(s) creditor selected) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5040 | American Bakers Assoc Retirement Plan and Trust | 12/1/08 | 12/1/08 | $6,000,000.00 | 1 | 1 | 0 | 0 | $6,000,000.00 | $6,000,000.00 | $0.00 | $0.00 | Accept | Mrs. Cubbison's Foods Inc, Armour and Main Redevelopment Corporation, New England Bakery Distributors L.L.C. |
| 5010 | Central Pennsylvania Teamsters Pension Fund | 11/24/08 | 11/21/08 | $476,678.00 | 1 | 1 | 0 | 0 | $476,678.00 | $476,678.00 | $0.00 | $0.00 | Accept | Mrs. Cubbison's Foods Inc , Armour and Main Redevelopment Corporation, New England Bakery Distributors LLC |
| | Pension Benefit Guaranty Corporation | | | $1.00 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 5007 | Seiu National Industry Pension Fund et al | 11/17/08 | 11/13/08 | $742,048.74 | 1 | 1 | 0 | 0 | $742,048.74 | $742,048.74 | $0.00 | $0.00 | Accept | Mrs Cubbisons Foods Inc, Amour and Main Redevelopment Corporation, New England Bakery Distributors LLC |

Class 7

| Ballot Number | Creditor Name | Date Received | Date Signed | Voting Amount | Total Votes | Votes Accept | Votes Reject | Votes Abstain | Total Dollars | Dollars Accept | Dollars Reject | Dollars Abstain | Accept/Reject? | Voting Amount? (Only fill in if creditor indicates a change) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1322 CLEARLAKE LLC | | | $351,549.07 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 5037 | ALATEN PROPERTIES | 11/28/08 | 11/24/08 | $29,535.48 | 1 | 1 | 0 | 0 | $29,535.48 | $29,535.48 | $0.00 | $0.00 | Accept | |
| | B & H RENTALS | | | $20,853.79 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | CURT & LANNI JACOBSON | | | $132,467.24 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | FAL INC | | | $6,341.49 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | FLOUR POWER TRUST | | | $41,757.05 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | HARRISON WALKER PROPERTIES LLC | | | $105,638.07 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | IBC PARADISE PROPERTIES L L C | | | $406,780.30 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | JAMES A AND JOSEPHINE M SKEETERS | | | $294,143.48 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | JO JO ENTERPRISES INC | | | $12,369.88 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 5038 | M DIANE ROGERS | 12/1/08 | 11/12/08 | $53,533.89 | 1 | 1 | 0 | 0 | $53,533.89 | $53,533.89 | $0.00 | $0.00 | Accept | |
| | NORWOOD & JENLEE WEST FAMILY TRUST | | | $142,904.68 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 5009 | PRN INVESTMENTS INC | 11/24/08 | 11/18/08 | $373,059.15 | 1 | 1 | 0 | 0 | $373,059.15 | $373,059.15 | $0.00 | $0.00 | Accept | $605,500.00 |
| | TOMARCO PARTNERS LLP | | | $175,056.08 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | WAYNE MONTGOMERY JR MICHAEL L MONTGOMERY | | | $219,109.47 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | WONDERHOST LLC | | | $210,379.10 | 0 | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Class 8

| Ballot Number | Creditor Name | Date Received | Date Signed | Voting Amount | Total Votes | Votes Accept | Votes Reject | Votes Abstain | Total Dollars | Dollars Accept | Dollars Reject | Dollars Abstain | Accept/Reject? | Voting Amount? (Only fill in if creditor indicates a change) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5023 | BANK OF AMERICA NA | 11/26/08 | 11/24/08 | $2,946,047.26 | 1 | 1 | 0 | 0 | $2,946,047.26 | $2,946,047.26 | $0.00 | $0.00 | Accept | |
| 5041 | BANK OF NOVA SCOTIA | 12/2/08 | 11/23/08 | $9,482,573.35 | 1 | 1 | 0 | 0 | $9,482,573.35 | $9,482,573.35 | $0.00 | $0.00 | Accept | |
| 5027 | BLACK DIAMOND CAPITAL MANAGEMENT | 11/28/08 | | $4,113,338.84 | 1 | 1 | 0 | 0 | $4,113,338.84 | $4,113,338.84 | $0.00 | $0.00 | Accept | |
| 5003 | CARLSON CAPITAL LP | 11/17/08 | 11/12/08 | $1,610,000.00 | 1 | 1 | 0 | 0 | $1,610,000.00 | $1,610,000.00 | $0.00 | $0.00 | Accept | |
| 5006 | CARLSON CAPITAL LP | 11/17/08 | 11/12/08 | $13,390,000.00 | 1 | 1 | 0 | 0 | $13,390,000.00 | $13,390,000.00 | $0.00 | $0.00 | Accept | |
| 5031 | CITIGROUP FINANCIAL PRODUCTS INC | 11/28/08 | 11/26/08 | $1,898,425.95 | 1 | 1 | 0 | 0 | $1,898,425.95 | $1,898,425.95 | $0.00 | $0.00 | Accept | |
| 5021 | DEUTSCHE BANK | 11/26/08 | 11/25/08 | $13,101,222.35 | 1 | 1 | 0 | 0 | $13,101,222.35 | $13,101,222.35 | $0.00 | $0.00 | Accept | $18,229,708.08 |
| 5036 | DEUTSCHE BANK AG | 11/28/08 | 11/25/08 | $806,490.34 | 1 | 1 | 0 | 0 | $806,490.34 | $806,490.34 | $0.00 | $0.00 | Accept | |
| 5025 | DEUTSCHE BANK AG | 11/26/08 | 11/25/08 | $61,727.88 | 1 | 1 | 0 | 0 | $61,727.88 | $61,727.88 | $0.00 | $0.00 | Accept | |
| 5026 | DEUTSCHE BANK AG | 11/26/08 | 11/25/08 | $7,659,483.23 | 1 | 1 | 0 | 0 | $7,659,483.23 | $7,659,483.23 | $0.00 | $0.00 | Accept | $10,523,704.45 |
| 5028 | GOLDMAN SACHS CREDIT PARTNERS LP | 11/28/08 | 11/26/08 | $632,808.70 | 1 | 1 | 0 | 0 | $632,808.70 | $632,808.70 | $0.00 | $0.00 | Accept | |
| 5008 | GRAND CENTRAL ASSET TRUST SIL SERIES | 11/21/08 | 11/20/08 | $61,027,917.00 | 1 | 1 | 0 | 0 | $61,027,917.00 | $61,027,917.00 | $0.00 | $0.00 | Accept | $61,030,964.51 |
| 5033 | JPMORGAN CHASE BANK NA | 11/28/08 | 11/26/08 | $654,521.85 | 1 | 1 | 0 | 0 | $654,521.85 | $654,521.85 | $0.00 | $0.00 | Accept | |
| 5042 | JPMORGAN CHASE BANK NA | 12/2/08 | 11/25/08 | $4,578,386.07 | 1 | 1 | 0 | 0 | $4,578,386.07 | $4,578,386.07 | $0.00 | $0.00 | Accept | |
| 5032 | JPMORGAN CHASE BANK NA | 11/28/08 | 11/26/08 | $7,705,592.48 | 1 | 1 | 0 | 0 | $7,705,592.48 | $7,705,592.48 | $0.00 | $0.00 | Accept | |
| 5020 | LEHMAN COMMERCIAL PAPER INC | 11/26/08 | 11/25/08 | $6,086,269.30 | 1 | 1 | 0 | 0 | $6,086,269.30 | $6,086,269.30 | $0.00 | $0.00 | Accept | |
| 5016 | MCDONNELL LOAN OPPORTUNITY LTD | 11/25/08 | 11/20/08 | $50,030,589.47 | 1 | 1 | 0 | 0 | $50,030,589.47 | $50,030,589.47 | $0.00 | $0.00 | Accept | |
| 5019 | MONARCH MASTER FUNDING LTD | 11/26/08 | 11/24/08 | $74,807,853.68 | 1 | 1 | 0 | 0 | $74,807,853.68 | $74,807,853.68 | $0.00 | $0.00 | Accept | $106,191,789.11 |
| 5015 | PROMETHEAN ASSET MANAGEMENT LLC | 11/25/08 | 11/21/08 | $4,624,867.29 | 1 | 1 | 0 | 0 | $4,624,867.29 | $4,624,867.29 | $0.00 | $0.00 | Accept | |
| 5029 | Q FUNDING III LP | 11/28/08 | 11/26/08 | $5,002,504.50 | 1 | 1 | 0 | 0 | $5,002,504.50 | $5,002,504.50 | $0.00 | $0.00 | Accept | |
| 5030 | R2 TOP HAT LTD | 11/28/08 | 11/26/08 | $111,816,483.39 | 1 | 1 | 0 | 0 | $111,816,483.39 | $111,816,483.39 | $0.00 | $0.00 | Accept | |
| 5012 | SCHULTZE ASSET MANAGEMENT LLC | 11/25/08 | 11/21/08 | $1,534,193.46 | 1 | 1 | 0 | 0 | $1,534,193.46 | $1,534,193.46 | $0.00 | $0.00 | Accept | |
| 5014 | SCHULTZE ASSET MANAGEMENT LLC | 11/25/08 | 11/21/08 | $60,000.28 | 1 | 1 | 0 | 0 | $60,000.28 | $60,000.28 | $0.00 | $0.00 | Accept | |
| 5013 | SCHULTZE ASSET MANAGEMENT LLC | 11/25/08 | 11/21/08 | $14,199,337.12 | 1 | 1 | 0 | 0 | $14,199,337.12 | $14,199,337.12 | $0.00 | $0.00 | Accept | |
| 5024 | SILVER POINT CAPITAL LP | 11/26/08 | 11/25/08 | $9,103,640.47 | 1 | 1 | 0 | 0 | $9,103,640.47 | $9,103,640.47 | $0.00 | $0.00 | Accept | $9,107,954.35 |
| 5018 | SILVER POINT CAPITAL LP | 11/26/08 | 11/24/08 | $13,905,493.19 | 1 | 1 | 0 | 0 | $13,905,493.19 | $13,905,493.19 | $0.00 | $0.00 | Accept | |
| 5022 | SILVER POINT CAPITAL LP | 11/26/08 | | $20,477,501.88 | 1 | 1 | 0 | 0 | $20,477,501.88 | $20,477,501.88 | $0.00 | $0.00 | Accept | |
| 5035 | TRS LEDA LLC | 11/28/08 | 11/26/08 | $9,094,760.80 | 1 | 1 | 0 | 0 | $9,094,760.80 | $9,094,760.80 | $0.00 | $0.00 | Accept | |
| 5034 | YUCAIPA COMPANIES | 11/28/08 | 11/25/08 | $1,000,000.00 | 1 | 1 | 0 | 0 | $1,000,000.00 | $1,000,000.00 | $0.00 | $0.00 | Accept | |