IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| INTERSTATE BAKERIES CORPORATION, et al., | Case No. 04-45814 (JWV) |
| Debtors. | Jointly Administered |

---

**WITNESS AND EXHIBIT LIST FOR OMNIBUS HEARING ON JULY 15, 2009 at 1:30 P.M.**

Interstate Bakeries Corporation (the "Reorganized Debtor"), submits the following witness and exhibit list:

**A.   Witness List**

The Reorganized Debtor may call any or all of the following persons as witnesses:[1]

1. J. Randall Vance
   Senior Vice President – Finance and Treasurer
   Interstate Bakeries Corporation
   12 East Armour Boulevard
   Kansas City, MO 64111

2. Chris Knipp
   Senior Vice President Human Resources
   Interstate Bakeries Corporation
   12 East Armour Boulevard
   Kansas City, MO 64111

---

1   With respect to any matters which are to be continued at the Hearing, the Reorganized Debtor reserves the right to identify additional witnesses and exhibits with respect to such matters at the continued hearing.

DB02/804672.0006/8400963.1

      3.    Patricia Wren
Director of Benefits
Interstate Bakeries Corporation
12 East Armour Boulevard
Kansas City, MO 64111

Any and all other persons identified as potential witnesses or as persons with knowledge relevant to the issues implicated by the Motions to be heard.

**B.**     **Exhibits**

Set forth on the attached exhibit index are certain exhibits which may be relied upon or introduced into evidence. In addition, the Reorganized Debtor reserves the right to submit any and all exhibits attached to the motions and/or to any other pleadings to be heard or related to the motions to be heard.

Dated: July 10, 2009

*/s/ Paul M. Hoffmann*
Paul M. Hoffmann (Missouri Bar No. 31922)
Sharon L. Stolte (Missouri Bar No. 41133)
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
Telephone: (816) 691-2746
Facsimile: (816) 412-1191
e-mail: phoffmann@stinson.com

Attorneys for the Reorganized Debtor

DB02/804672.0006/8400963.1